IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRESHA TAYLOR,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.                                              No. 07-CV-0151-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Taylor's motion for remand pursuant to sentence 6 of 42 U.S.C. § 405(g) (Doc. 22). Specifically, Taylor moves the Court to remand this case so that the Social Security Administration may consider its December 23, 2007 Notice of Award in which it determined that Taylor has been disabled since October 31, 2004. (Doc. 22-2). As of this date, Defendant has not responded to the motion.[1] Pursuant to **Local Rule 7.1(g)**, the Court considers the failure to respond as an admission of the merits of the motion.[2] Accordingly, the Court **GRANTS** the motion (Doc. 22). Pursuant to **42 U.S.C. § 405(g)**, **sentence 6**, the Court **REMANDS** this matter to the Social Security Administration for

---

[1] On February 13, 2008, Magistrate Judge Frazier allowed Defendant fourteen days to respond to the motion to remand (Doc. 19).

[2] **Local Rule 7.1(g)** provides in part: "Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."

consideration of the new and material evidence. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 12th day of March, 2008.

    /s/    David R Herndon

    Chief Judge
United States District Court