IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRESHA TAYLOR,**

    **Plaintiff,**

-vs-                                                                   **No. 07-CV-151 DRH**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a motion for remand.

**IT IS ORDERED AND ADJUDGED** that pursuant to **42 U.S.C. § 405(g), sentence 6**, this matter is **REMANDED** to the Social Security Administration for consideration of the new and material evidence.

                                                                         **NORBERT G. JAWORSKI, CLERK**

March 12, 2008.                                                              By: s/Patricia Brown
                                                                                                 Deputy Clerk

APPROVED: /s/    *David R Herndon*
                 **CHIEF JUDGE**
                 **U.S. DISTRICT JUDGE**